IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN LOUIS**
**SHERMOND BUFORD, ADC # 116840**                                              **PLAINTIFF**

v.                         Case No. 4:23-cv-00443-KGB

**WELLPATH**, *et al.*                                                              **DEFENDANTS**

## ORDER

Before the Court is United States Magistrate Judge Edie R. Ervin's Recommended Disposition recommending that plaintiff Stephen Louis Shermond Buford's motion for voluntary dismissal be granted, that Mr. Buford's claims be dismissed without prejudice, that defendant Sharon Rollan's pending motion for summary judgment be denied as moot, and that the Clerk of Court be instructed to close the case (Dkt. No. 25, at 2). Mr. Buford filed a motion for voluntary dismissal requesting that his case be dismissed without prejudice (Dkt. No. 24). The time for filing objections to the Recommended Disposition has passed, and no objections have been filed. The Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (Dkt. No. 25). The Court grants Mr. Burford's motion for voluntary dismissal (Dkt. No. 24). The Court dismisses without prejudice the complaint in this matter (Dkt. No. 1). The pending Partial Recommended Disposition (Dkt. No. 3) and the pending motion for summary judgment (Dkt. No. 20) are denied as moot.

It is so ordered this 11th day of October, 2024.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge